UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>ERIC T. LANDIS and<br>RIDGEVIEW CAPITAL PARTNERS LLC,<br><br>                Defendants. | Civil Action No. 18-12453-IT |

## STATUS REPORT

On February 27, 2019, the Court ordered Plaintiff Securities and Exchange Commission (the "Commission") to file a status report no later than April 30, 2019. The Commission respectfully updates the Court as follows:

      1.      On November 28, 2018, the Commission filed a complaint against Eric T. Landis and Ridgeview Capital Partners LLC (collectively, the "defendants"). Dkt. No. 1.

      2.      On February 25, 2019, the Commission filed a Status Report with the Court in which the Commission reported that it was engaged in discussions about a potential resolution of this matter. Dkt. No. 6. The Commission staff believes that it has reached an agreement-in-principle with the defendants on the non-monetary aspects of the relief it has sought in this case. The Commission staff is in the process of seeking Commission authorization to file a motion for the entry of a bifurcated judgment, which would describe the relief to which the parties have agreed. This contemplated bifurcated settlement would ask the Court to enter a partial judgment on various non-monetary forms of relief and to determine the amounts of the monetary relief upon subsequent motion of the Commission. Therefore, the Commission does not envision a

need for discovery, nor does it anticipate a trial, in this matter at this time.

    3.    On April 18, 2019, the defendants filed a motion to extend the date by which they must answer the Complaint to June 21, 2019. Dkt. No. 12. The Court granted the defendants' Motion. Dkt. No. 13.

In the unlikely event the Commission is unable to file a motion for the entry of a judgment in this matter by June 21, 2019, the Commission will plan to respond to the defendants' Answers as necessary or otherwise seek to proceed in the ordinary course of litigation pursuant to Federal Rule of Civil Procedure 26.

    Respectfully submitted,

    SECURITIES AND EXCHANGE COMMISSION

    By its attorneys,

    /s/ Eric A. Forni
    Eric A. Forni (Mass. Bar No. 669685)
    Kathleen B. Shields (Mass Bar No. 637438)
    Jonathan Allen (Mass Bar No. 680729)
    Boston Regional Office
    33 Arch Street, 24th Floor
    Boston, MA 02110
    Phone: (617) 573-8827 (Forni direct)
    Fax:    (617) 573-4590

Dated: April 30, 2019    fornie@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2019, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case. A copy will also be sent via first class mail and/or email to those parties who have not yet registered for notice via the Court's CM/ECF system.

/s/ Eric A. Forni
Eric A. Forni